930

No. 449. SHELL OIL CO. *v.* FEDERAL POWER COMMISSION. C. A. 5th Cir. Certiorari denied. *William F. Kenney, R. H. Whilden* and *David T. Searls* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Melvin Richter, Willard W. Gatchell, Howard E. Wahrenbrock* and *Robert L. Russell* for respondent.

No. 459. HUMBLE OIL & REFINING CO. *v.* FEDERAL POWER COMMISSION. C. A. 5th Cir. Certiorari denied. *Carl Illig, William H. Holloway, William J. Merrill, Bernard A. Foster, Jr.* and *Nelson Jones* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Melvin Richter, Willard W. Gatchell, Howard E. Wahrenbrock* and *Robert L. Russell* for respondent.

No. 642. CINCINNATI GAS & ELECTRIC CO. *v.* FEDERAL POWER COMMISSION ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Walter E. Beckjord* for petitioner. *Solicitor General Rankin, Asistant Attorney General Doub, Paul A. Sweeney, Robert S. Green, Willard W. Gatchell* and *Howard E. Wahrenbrock* for the Federal Power Commission, *E. H. Laylin* and *John Peyton Randolph* for the Ohio Fuel Gas Co., and *Robert U. Hastings, Jr., Julian de Bruyn Kops* and *Roy D. Boucher* for the City of Lancaster, Ohio, respondents.

No. 657. BEDDOW *v.* ALABAMA. Court of Appeals of Alabama. Certiorari denied. *George Trawick* for petitioner. *John Patterson,* Attorney General of Alabama, and *Edmon L. Rinehart,* Assistant Attorney General, for respondent.